**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MILVEN LINVILLE,                )                                      | |
|                                              )                                      | |
|     Plaintiff,            )   CAUSE NO. 1:06-CV-608-SEB-JMS | |
|                                              )                                      | |
| V.                                        )                                      | |
|                                              )                                      | |
| MICHAEL J. ASTRUE,        )                                      | |
| Commissioner of Social Security,   ) | |
|                                              )                                      | |
|     Defendant.         )                                      | |

## ORDER REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g).

      This case is before the Court pursuant to a Joint Motion for Remand to the Commissioner for Further Action filed on April 10, 2007, based on an agreement by the parties that the case should be remanded to the Commissioner for further proceedings.

      THEREFORE, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner pursuant to Sentence 4 of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  Upon remand, the ALJ will be directed to further evaluate the physician opinions of record, including all of the opinions of treating physician Dr. Carbone, and all of the opinions of the medical expert who testified at the hearing.  The ALJ will also be directed to obtain supplemental medical expert testimony if necessary to clarify the record.  The ALJ will review all the evidence of record, including any updated medical records, and will proceed through the sequential evaluation process as needed to issue a new decision.

NOW, THEREFORE, IT IS ORDERED, that the Joint Motion for Remand be granted.

Date:  04/17/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Michael G. Myers
906 N. Delaware Street
Indianapolis, IN 46202